USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
          :
PAUL C. ULRICH,          :
          :
          Plaintiff,    :
          :      13-CV-8 (VSB)
     - against -    :
          :      ORDER
MOODY'S CORPORATION, et al.,  :
          :
          Defendants.  :
          :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     I am in receipt of Plaintiff's letter motion for a conference, (Doc. 82), and Defendants' response to Plaintiff's letter motion, (Doc. 83). Discovery in this matter is ongoing and is set to close on May 7, 2015. (*See* Doc. 71.) The parties are directed to appear telephonically for a conference on May 8, 2015 at 11:15 am. The parties should be prepared to discuss the outstanding issues raised in their letters, including whether any of these issues warrant re-opening discovery. Counsel for Defendants is directed to provide the Court with one dial-in number and one meeting code that all of the parties will use for the telephone conference.

     As the parties are aware, a joint letter on the status of the case is due on May 8, 2015. (*See* Doc. 71.) The parties should make every effort to submit their joint letter in advance of the conference.

     SO ORDERED.

Dated: May 1, 2015
      New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge