USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PAUL C. ULRICH,

                        Plaintiff,

          - v -

MOODY'S CORPORATION, et al.,

                        Defendants.
------------------------------------------------------------X

13-CV-8 (VSB)

<u>ORDER</u>

VERNON S. BRODERICK, United States District Judge:

       In accordance with my July 17, 2015 Order, (Doc. 108), on July 23, 2015, Defendants submitted for *in camera* review certain disputed entries in their privilege log, as well as the documents to which those entries relate. I have reviewed Defendants' submissions, including each document referred to in Plaintiff's July 2, 2015 letter, (*see* Doc. 97 at 2-3), and find that Defendants' documentation and assertion of privilege is appropriate in each instance. Accordingly, I will not order production of any of these documents.

       On July 20, 2015, Plaintiff submitted a letter making three requests: (1) that I reopen discovery; (2) that he be permitted to add defamation and conspiracy claims; and (3) for an increase in the page limit for his declaration in opposition to Defendants' summary judgment motion. (Doc. 111.) On July 23, 2015, Defendants submitted a response, opposing each of Plaintiff's requests. (Doc. 112.) I have reviewed the parties' submissions and direct the parties as follows:

       First, in my July 17, 2015 Order, I explained that because discovery was closed either party seeking to reopen discovery would be required to show good cause. (*See* Doc. 108 at 3.)

Despite my previous order addressing Plaintiff's objections to Defendants' responses and objections to certain document requests and interrogatories, (*see* Doc. 108), on July 20, 2015, Plaintiff uploaded to the Court's electronic filing system Defendants' responses and objections to Plaintiff's interrogatories, (Doc. 109), and Defendants' responses and objections to Plaintiff's document requests, (Doc. 110). Notwithstanding Plaintiff's repeated objections, I find no basis to reexamine my prior orders on the issues raised in Plaintiff's July 20, 2015 letter. In addition, Defendants explain that they have produced, to the extent they exist and have been located, the documents identified in the second paragraph of Plaintiff's July 20, 2015 letter, with the exception of Ms. Ling's CV, which Defendants explain was requested after July 17, 2015. I will not order any additional discovery with the exception of Ms. Ling's CV; production of this document is not unduly burdensome and because Defendants' summary judgment briefing makes specific mention of Ms. Ling, I find that Plaintiff's request for this document meets the good cause standard. Defendants should produce Ms. Ling's CV by August, 7, 2015.

Second, Plaintiff also submitted a request that he be permitted to add claims of defamation and conspiracy to this lawsuit. (Doc. 111 at 1-2.) The parties are directed to appear for a teleconference on August 14, 2015 at 1:45pm to discuss Plaintiff's proposed claims and the arguments raised in their respective letters. Counsel for Defendants should provide the Court with one dial-in number and one meeting code that all of the parties will use for the teleconference.

Third, as I previously explained, I could not evaluate any requests for an increase in page limits until Plaintiff had received Defendants' papers in support of their summary judgment motion. (*See* Doc. 96 at 4.) Plaintiff has now made a timely request to submit a declaration of up to 50 pages in conjunction with his opposition to Defendants' summary judgment motion. In

light of his pro se status, Plaintiff's request is granted.

Finally, Plaintiff's letter suggests that he may need additional time to complete his opposition to Defendants' summary judgment motion. (*See* Doc. 111 at 2.) Plaintiff, however, has not made such a request. If Plaintiff believes he needs additional time to submit his opposition papers, I will consider an extension upon his application.

SO ORDERED.

Dated: July 31, 2015
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge