```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :
PAUL C. ULRICH,                           :
                                          :
                      Plaintiff,       :
                                          :             13-CV-8 (VSB)
               - v -                   :
                                          :              ORDER
MOODY'S CORPORATION, et al.,      :
                                          :
                    Defendants.  :
                                          :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's letter dated August 3, 2015, (Doc. 114), requesting an adjournment of the teleconference on his proposed amended claims, (*see* Doc. 113). Plaintiff's request is granted. The conference previously scheduled for August 14, 2015 is adjourned until October 2, 2015 at 9:00am. Counsel for Defendants should provide the Court with one dial-in number and one meeting code that all of the parties will use for the teleconference.

      Plaintiff has indicated that he will address his proposed claims in his summary judgment opposition. Should Defendants wish to address Plaintiff's proposed amendments, they should do so in their reply memorandum.

      SO ORDERED.

Dated: August 4, 2015
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge